KARLA E. PAINTER
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin Courthouse
2601 Second Avenue North, Suite 3200
Billings, MT 59101
Phone: 406-657-6101
Fax: 406-657-6058
Email: Karla.Painter@usdoj.gov



**FILED**

JUL 1 0 2020

Clerk, U S District Court
District Of Montana
Billings

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH magiccitymarketing@gmail.com and jc.digitalgroup@gmail.com THAT IS STORED AT PREMISES CONTROLLED BY GOOGLE, INC. | MJ-   -BLG-TJC *MJ-20-67-BLG-TJC* <br><br> MOTION TO SEAL ENTIRE CASE, SEARCH WARRANT, SEARCH WARRANT APPLICATION, AND AFFIDAVIT IN SUPPORT SEARCH WARRANT. |

The United States, through Karla E. Painter Assistant U.S. Attorney, requests this Court to seal this case and all pleadings in it, including the Application for a Search Warrant, Search Warrant, and Affidavit in support of Search Warrant and attachments (Attachments A-B), as the revealing of information contained therein at this time would jeopardize the investigation and

1

could compromise certain information. The government further requests that the Search Warrant be unsealed for the sole purpose of complying with execution of the Search Warrant, pursuant to Fed. R. Crim. P. Rule 41(f). *See also In re United States*, 665 F. Supp. 2d 1210, 1221 (D. Or. 2009) (obligations under Rule 41(f)(1)(C) satisfied through service of the warrant on storage networks for the electronic communication, namely Google and Webhost).

The United States further requests this matter be unsealed for the limited purposes of providing all documents to defense counsel in discovery, upon initial appearance on an Indictment of any defendant related to this search warrant and service/receipt of defense counsel's discovery request, pursuant to Rule 16 of the Federal Rules of Criminal Procedure.

DATED this 10th day of July, 2020.

KURT G. ALME
United States Attorney

*/s/ Karla E. Painter*
KARLA E. PAINTER
Assistant U.S. Attorney