

FILED

JUL 1 0 2020

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH magiccitymarketing@gmail.com and jc.digitalgroup@gmail.com THAT IS STORED AT PREMISES CONTROLLED BY GOOGLE, INC. | MJ-20-67-BLG-TJC<br><br>ORDER |
|---|---|

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding Google, Inc., an electronic communication service or remote computing service, not to notify any person, including the subscribers and customers of the account listed in the above-captioned warrant, of the existence of the attached search warrant for one year from the date of this order.

The Court determines that there is reason to believe that notification of the existence of the attached search warrant will seriously jeopardize the investigation, including giving targets an opportunity to destroy or tamper with evidence, change patterns of behavior, or intimidate potential witnesses. See 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that Google, Inc. shall not disclose the existence of the attached search warrant or this Order of

the Court, to the listed subscriber or to any other person, for a period of one year from the date of this order, except that Google, Inc. may disclose the attached search warrant to an attorney for Google, Inc. for the purpose of receiving legal advice.

IT IS FURTHER ORDERED that the motion and this Order are sealed for a period of one year from the date of this order.

DATED this _10_ day of July, 2020.

_____
Timothy J. Cavan
United States Magistrate Judge